**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**EASTERN DIVISION**

| | |
|---|---|
| ISRAEL CABRERA,<br><br>                Petitioner,<br><br>        v.<br><br>KRISTI NOEM, et al.,<br><br>                Respondents. | No. 5:26-cv-02662-JAK-BFM<br><br>**ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records and files herein, and the Magistrate Judge's Report and Recommendation. No objections to the Report and Recommendation were filed. The Court accepts the recommendations of the Magistrate Judge.

ACCORDINGLY, IT IS ORDERED:

1.     The Report and Recommendation is accepted;

2.     The Petition is granted as to Claim Three;

3.     The Petition is denied as to Claims One, Two, and Four;

4.     Petitioner shall be released from immigration detention on the parole conditions previously imposed within 24 hours of the issuance of this Order;

5.     Respondents shall file a status report within two court days of the

entry of this Order confirming their compliance with its terms as to the release of Petitioner on the parole conditions previously imposed;

6. Judgment shall be entered consistent with this Order once such confirmation is received; and

7. The Court Clerk shall serve this Order on all counsel or parties of record.

DATED:  May 27, 2026

_____

JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE

2