JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

ISRAEL CABRERA,

        Petitioner,

     v.

KRISTI NOEM, et al.,

        Respondents.

No. 5:26-cv-02662-JAK-BFMx

**JUDGMENT**

Pursuant to the Order Accepting the Magistrate Judge's Report and Recommendation (ECF 8), IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Petition (ECF 1) is granted as to Claim Three. Respondents report that Petitioner has been released from their custody subject to an order of supervision. (ECF 9 at 2.) Therefore, the Clerk of Court shall close this case.

DATED: May 29, 2026

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE